Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SCOTT W. JEFFERY; ELIAS GARCIA; MARIA G. MARAVILLA; DAVID GUTIERREZ; AHMAD ELSAYED; NEIL MICHELL; AND JACQUELINE DUENAS,

    Plaintiff(s),

v.

DRIVEN BRANDS, INC.; MAACO, ENTERPRISES, INC.; MAACO, FRANCHISING, INC.; MAACO, FRANCHISING, LLC; AND DOES 1-50,

    Defendant(s).

Case No: 4:19-CV-05647-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

    I, Barry M. Heller, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant(s) in the above-entitled action. My local co-counsel in this case is Karen C. Marchiano, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 233493

| My Address of Record: | Local Co-counsel's Address of Record: |
|---|---|
| DLA Piper LLP (US)<br>11911 Freedom Drive, Suite 300<br>Reston, VA 20190 | DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2250 |
| My Telephone # of Record:<br>703.773.4245 | Local Co-counsel's Telephone # of Record:<br>650.833.2170 |
| My Email Address of Record:<br>barry.heller@us.dlapiper.com | Local Co-counsel's Email Address of Record:<br>karen.marchiano@us.dlapiper.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 940239.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: November 13, 2019

    Barry M. Heller
    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Barry M. Heller is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/21/2019

    *Haywood S. Gill Jr.*
    UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Barry M Heller*

was duly qualified and admitted on December 14, 1977 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 13, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.