Diane Aqui (SBN 217087)
daqui@smithdollar.com
**SMITH DOLLAR PC**
418 B Street, Fourth Floor
Santa Rosa, CA 95401
T: (707) 522-1100
F: (707) 522-1101

*Attorneys for Plaintiffs*

Karen C. Marchiano (SBN 233493)
karen.marchiano@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
T: (650) 833-2170
F: (650) 833-2001

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. JEFFERY; ELIAS GARCIA; MARIA G. MARAVILLA; DAVID GUTIERREZ; AHMAD ELSAYED; NEIL MICHELL; AND JACQUELINE DUENAS, <br><br> Plaintiffs, <br><br> v. <br><br> DRIVEN BRANDS, INC.; MAACO ENTERPRISES, INC.; MAACO FRANCHISING, INC.; MAACO FRANCHISING, LLC; AND DOES 1-50, INCLUSIVE, <br><br> Defendants. | CASE NO. 4:19-CV-05647-HSG <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE** <br><br> Action Filed: September 9, 2019 Trial: None Set |

Pursuant to Civil L.R. 6-2, Plaintiffs Scott W. Jeffery, Elias Garcia, Maria G. Maravilla, David Gutierrez, Ahmad Elsayed, Neil Michell, and Jacqueline Duenas ("Plaintiffs") and Defendants Driven Brands, Inc., Maaco Enterprises, Inc., Maaco Franchising, Inc. and Maaco Franchising, LLC ("Defendants"), acting by their undersigned counsel, stipulate and request as follows:

WHEREAS, on September 9, 2019, Plaintiffs filed their Complaint in this action (Dkt. 1);

WHEREAS, on October 22, 2019, Defendants filed a Motion to Dismiss or, in the Alternative, for a More Definite Statement, seeking to dismiss all of Plaintiffs' claims in the Complaint (the "Motion to Dismiss") (Dkt. 19);

WHEREAS, the Motion to Dismiss is set for hearing on March 5, 2020 (Dkt. 21), the first date available on the Court's calendar;

WHEREAS, the Case Management Conference is set for December 17, 2019, with the Case Management Statement due by December 10, 2019 (Dkt. 17);

WHEREAS, because the hearing on the Motion to Dismiss will not take place until March 5, 2020, and many of the issues to be included in the Case Management Statement and discussed at the Case Management Conference, including the factual and legal issues in dispute and the scope of discovery, may be impacted by the Motion to Dismiss, the parties stipulate and request to continue the date for the Case Management Conference to March 5, 2020 (the date for the hearing on the Motion to Dismiss);

WHEREAS, the parties further stipulate and request that (1) the corresponding date to file the Rule 26(f) Report, complete initial disclosures, and file the Case Management Statement be continued to February 27, 2020 (seven days prior to the date requested to be set by the Court for the Case Management Conference); and (2) the corresponding date to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan, as well as the date for filing ADR Certification, be continued to February 13, 2020 (twenty-one days prior to the date requested to be set by the Court for the Case Management Conference);

WHEREAS, there have been no previous changes to the date for the Case Management Conference or the other dates;

WHEREAS, the continuation of the date of the Case Management Conference and the other dates will not otherwise affect the schedule for the case because the schedule has not yet been set; and

WHEREAS, based on the foregoing, good cause exists for the parties' request to change the date for the Case Management Conference and the other dates.

DLA Piper LLP (US)
East Palo Alto
EAST\170589138.1

NOW THEREFORE, the parties STIPULATE as follows:

1. The Case Management Conference is continued to March 5, 2020;

2. The date to file the Rule 26(f) Report, complete initial disclosures, and file the Case Management Statement is continued to February 27, 2020 (seven days prior to the date requested to be set by the Court for the Case Management Conference); and

3. The date to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan, as well as the date for filing ADR Certification, is continued to February 13, 2020 (twenty-one days prior to the date requested to be set by the Court for the Case Management Conference).

IT IS SO STIPULATED.

DATED: November 26, 2019         By: */s/ Diane Aqui*
                                     DIANE AQUI
                                     SMITH DOLLAR PC

                                 Attorneys for Plaintiffs Scott W. Jeffery, Elias Garcia, Maria G. Maravilla, David Gutierrez, Ahmad Elsayed, Neil Michell, and Jacqueline Duenas

DATED: November 26, 2019

                                 By: */s/ Karen C. Marchiano*
                                     KAREN C. MARCHIANO
                                     DLA PIPER LLP (US)

                                 Attorneys for Defendants Driven Brands, Inc., Maaco Enterprises, Inc., Maaco Franchising, Inc., and Maaco Franchising, LLC

### Local Rule 5-1(i)(3) Attestation

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory (Diane Aqui).

                                 By: */s/ Karen C. Marchiano*

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. The Case Management Conference is continued to March 5, 2020 at 2:00 p.m.;

2. The date to file the Rule 26(f) Report, complete initial disclosures and file the Case Management Statement is continued to February 27, 2020 (seven days prior to the date set by the Court for the Case Management Conference); and

3. The date to meet and confer regarding initial disclosures, early settlement, ADR process selection and the discovery plan, as well as the date for filing ADR Certification, is continued to February 13, 2020 (twenty-one days prior to the date set by the Court for the Case Management Conference).

DATED: November 27, 2019

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE