| | |
|---|---|
| 1 | Karen C. Marchiano (CA Bar No. 233493) |
| | karen.marchiano@us.dlapiper.com |
| 2 | DLA PIPER LLP (US) |
| | 2000 University Avenue |
| 3 | East Palo Alto, CA 94303-2250 |
| | Tel: 650.833.2000 |
| 4 | Fax: 650.833.2001 |
| 5 | Barry M. Heller (VA Bar No. 66243) |
| | (admitted pro hac vice) |
| 6 | barry.heller@us.dlapiper.com |
| | John J. Dwyer (VA Bar No. 31810) |
| 7 | (admitted pro hac vice) |
| | john.dwyer@us.dlapiper.com |
| 8 | DLA PIPER LLP (US) |
| | One Fountain Square |
| 9 | 11911 Freedom Drive, Suite 300 |
| | Reston, VA 20190 |
| 10 | Tel: (703) 773-4000 |
| | Fax: (703) 773-5060 |

Attorneys for Defendants Driven Brands, Inc., Maaco Enterprises, Inc., Maaco Franchising, Inc., and Maaco Franchising, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. JEFFERY; ELIAS GARCIA; MARIA G. MARAVILLA; DAVID GUTIERREZ; AHMAD ELSAYED; NEIL MICHELL; AND JACQUELINE DUENAS,<br><br>Plaintiffs,<br><br>v.<br><br>DRIVEN BRANDS, INC.; MAACO ENTERPRISES, INC.; MAACO FRANCHISING, INC.; MAACO FRANCHISING, LLC; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | CASE NO. 4:19-CV-05647-HSG<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: March 5, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: September 9, 2019 |

EAST\172552453.1

**ORDER**

Pursuant to Rule 16-10(a) of the Local Rules of the Northern District of California and for good cause shown, this Court hereby GRANTS Defendants' Unopposed Request for Telephonic Appearance at Initial Case Management Conference. Defendants' lead counsel, Barry Heller, is hereby permitted to participate in the March 5, 2020 Initial Case Management Conference by telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 2/27/2020

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE