Diane Aqui (SBN 217087)
daqui@smithdollar.com
Richard R. Sutherland (SBN 240858)
rsutherland@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
418 B Street, Fourth Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

*Attorneys for Plaintiffs and Counter-Defendants*

Karen C. Marchiano (CA Bar No. 233493)
karen.marchiano@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2250
Tel:     650.833.2000
Fax:    650.833.2001

Barry M. Heller (admitted pro hac vice)
barry.heller@us.dlapiper.com
John J. Dwyer (admitted pro hac vice)
john.dwyer@us.dlapiper.com
**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA  20190
Tel:     (703) 773-4000
Fax:    (703) 773-5060

*Attorneys for Defendants and Counter-Claiman*t

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. JEFFERY; ELIAS GARCIA; MARIA G. MARAVILLA; DAVID GUTIERREZ; AHMAD ELSAYED; NEIL MICHELL; and JACQUELINE DUENAS,<br><br>                              Plaintiffs,<br><br>        v.<br><br>DRIVEN BRANDS, INC.; MAACO ENTERPRISES, INC.; MAACO FRANCHISING, INC.; MAACO FRANCHISING, LLC; and DOES 1-50, | CASE NO. 4:19-CV-05647-HSG<br><br>**STIPULATION TO AMEND SCHEDULING ORDER TO CHANGE DATE FOR DESIGNATION OF OPENING EXPERTS** ; ORDER<br><br>Judge:    Honorable Haywood S. Gilliam, Jr.<br><br>Complaint Filed:  September 9, 2019<br>Trial Date:    N/A |

1   INCLUSIVE,

2                       Defendants.

3   _____

4   MAACO FRANCHISOR SPV LLC (as the
    assignee of the franchise agreements entered into
5   between each Plaintiff and the appropriate
    Defendant entity),
6

7                       Counter-Claimant,
            v.
8

9   JEFFERY & SONS, INC.; AH&G
    CORPORATION, INC.; DG AUTO BODY &
10  PAINT, INC.; JYLA CORPORATION;
    B.O.N.D. INTERNATIONAL LLC; P&G
11  DUENAS, INC.; SCOTT W. JEFFERY; KIRK
    M. JEFFERY; ELIAS GARCIA; MARIA G.
12  MARAVILLA; DAVID GUTIERREZ;
    AHMAD ELSAYED; NEIL MICHELL;
13  JACQUELINE MICHELL; JACQUELINE
    DUENAS; and PETER DUENAS.
14

15                      Counter-Defendants.

16  _____

17          WHEREAS, on July 2, 2020, the Court entered a Scheduling Order (Dkt. No. 58) for this

18  matter;

19          WHEREAS, the Scheduling Order sets a date of April 23, 2021 for the Designation of

20  Opening Experts and a date of May 11, 2021 for Designation of Rebuttal Experts;

21          WHEREAS, the parties agree that the current dates do not provide sufficient time between

22  the date for the Designation of Opening Experts and the date for the Designation of Rebuttal

23  Experts;

24

25          WHEREAS, the parties therefore agree to move up the date for the Designation of

26  Opening Experts to April 11, 2021 in order to provide thirty days between the date for the

27  Designation of Opening Experts and the date for the Designation of Rebuttal Experts;

28          WHEREAS, the change of the date for the Designation of Opening Experts to April 11,

                                              2

2021 is necessary to provide sufficient time for the Designation of Rebuttal Experts;

WHEREAS, the change of the date for the Designation of Opening Experts to April 11, 2021 will not change any of the other dates set forth in the Scheduling Order and will not change any of the dates that involve the participation of the Court; and

WHEREAS, based on the foregoing, good cause exists for the amendment of the Scheduling Order to change the date for the Designation of Opening Experts from April 23, 2021 to April 11, 2021.

NOW THEREFORE, pursuant to Local Rule 6-1(a), the parties STIPULATE and AGREE as follows:

The Scheduling Order shall be amended to change the date for the Designation of Opening Experts from April 23, 2021 to April 11, 2021.

IT IS SO STIPULATED.

DATED:   July 15, 2020                                    By:   /s/ Richard R. Sutherland

                                                         SMITH DOLLAR PC
                                                         Richard R. Sutherland

                                                         Attorneys for Plaintiffs and Counter-Defendants

DATED:   July 15, 2020

                                                         By:   /s/ Karen C. Marchiano

                                                         DLA PIPER LLP (US)
                                                         Karen C. Marchiano

                                                         Attorneys for Defendants and Counter-Claimant

### Local Rule 5-1(i)(3) attestation

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory (Richard R. Sutherland).

By: /s/ Karen C. Marchiano

PURSUANT TO STIPULATION, IT IS SO ORDERED.

      1.      The Scheduling Order is amended to change the date for the Designation of Opening Experts from April 23, 2021 to April 11, 2021; and

      2.      All other dates in the Scheduling Order remain the same.

DATED:    7/16/2020

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DLA Piper LLP (US)
East Palo Alto

STIPULATION TO AMEND SCHEDULING ORDER
CASE NO. 4:19-CV-05647-HSG

EAST\175346057.1