1  Diane Aquí ( SBN217087)
   daqui@smithdollar.com
2  SMITH DOLLAR PC
   Attorney at Law
3  418 B Street, Fourth Floor
   Santa Rosa, California 95401
4  Telephone:  (707) 522-1100
   Facsimile:  (707) 522-1101
5
   *Attorney for Plaintiffs and Counter-Defendants*
6
7  Karen C. Marchiano (SBN 233493)
   karen.marchiano@us.dlapiper.com
8  **DLA PIPER LLP (US)**
   2000 University Avenue
9  East Palo Alto, CA 94303
   Telephone: (650) 833-2170
10 Facsimile: (650) 833-2001

11 Barry M. Heller (admitted pro hac vice)
   barry.heller@us.dlapiper.com
12 John J. Dwyer (admitted pro hac vice)
   john.dwyer@us.dlapiper.com
13 **DLA PIPER LLP (US)**
14 One Fountain Square
   11911 Freedom Drive, Suite 300
15 Reston, VA 20190
   Telephone:  (703) 773-4000
16 Facsimile:  (703) 773-5060
17
   *Attorneys for Defendants and Counter-Claimant*
18
                  UNITED STATES DISTRICT COURT
19               NORTHERN DISTRICT OF CALIFORNIA

20 | SCOTT W. JEFFERY; ELIAS GARCIA; MARIA G. MARAVILLA; DAVID GUTIERREZ; AHMAD ELSAYED; NEIL MICHELL AND JACQUELINE DUENAS, | CASE NO.:  4:19-CV-05647-HSG |
   |---|---|
21 | | JOINT STIPULATION & ORDER |
22 | Plaintiffs, | |
23 | v. | Judge:    Honorable Haywood S. Gilliam, Jr. |
24 | DRIVEN BRANDS, INC.; MAACO ENTERPRISES, INC.; MAACO FRANCHISING, INC.; MAACO FRANCHISING, LLC and DOES 1-50, inclusive. | Complaint Filed:  September 9, 2019  Trial Date:        N/A |
27 | Defendants. | |
   | MAACO FRANCHISOR SPV LLC (as the | |



1   assignee of the franchise agreements entered
    into between each Plaintiff and the appropriate
2   Defendant entity),

3           Counter-Claimant,

4   v.

5   JEFFERY & SONS, INC.; AH&G
    CORPORATION, INC.; DG AUTO BODY &
6   PAINT, INC.; JYLA CORPORATION;
    B.O.N.D. INTERNATIONAL LLC; P&G
7   DUENAS, INC.; SCOTT W. JEFFERY; KIRK
    M. JEFFERY; ELIAS GARCIA; MARIA G.
8   MARAVILLA; DAVID GUTIERREZ;
    AHMAD ELSAYED; NEIL MICHELL;
9   JACQUELINE MICHELL; JACQUELINE
    DUENAS; and PETER DUENAS.
10

11          Counter-Defendants.

12          The parties to the above-entitled action submit this JOINT STIPULATION &
13  [PROPOSED] SCHEDULING ORDER pursuant to the Court Order Selecting ADR Process
14  (ECF#59), respectfully submit the following:
15          The deadline to hold the ADR session by January 31, 2021 be extended to April 30, 2021.
16

17  Dated:  January 8, 2021
18                                          SMITH DOLLAR PC
19                                              /s/ Diane Aqui
                                        By_____
20                                          DIANE AQUI
                                            Attorney for Plaintiffs and Counter-Defendants
21

22  Dated:  January 8, 2021
23                                          DLA PIPER LLP (US)
24                                              /s/ Barry M. Heller
                                        By_____
25                                          BARRY M. HELLER
                                            KAREN C. MARCHIANO
26                                          JOHN DWYER
                                            Attorneys for Defendants and Counter-Claimant
27

28



**Local Rule 5-1(i)(3) attestation**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory (Barry Heller).

By: /s/ Diane Aqui

**SCHEDULING ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing, the deadline to hold the ADR session by January 31, 2021 is extended to April 30, 2021

DATED: 1/12/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE



1086964                           - 3 -
JOINT STIPULATION & ORDER