UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. JEFFERY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DRIVEN BRANDS, INC., et al.,<br><br>　　　　Defendant. | Case No. 19-cv-05647-HSG<br><br>**CORRECTED AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. No. 72 |

On March 3, 2021, the parties submitted a proposed schedule resetting the applicable case deadlines. Having considered the parties' proposals, *see* Dkt. No. 72, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | May 17, 2021 |
| Exchange of Opening Expert Reports | May 7, 2021 |
| Exchange of Rebuttal Expert Reports | June 28, 2021 |
| Close of Expert Discovery | July 15, 2021 |
| Dispositive Motion Hearing Deadline | August 5, 2021 at 2:00 p.m. |
| Pretrial Conference | November 16, 2021 at 3:00 p.m. |
| Bench Trial (5 days) | December 6, 2021, at 8:30 a.m. |

//
//
//
//
//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders. This order
3  terminates Dkt. No. 72.[1]

4  **IT IS SO ORDERED.**

5  Dated: 3/5/2021

6  _Haywood S. Gilliam, Jr._
7  HAYWOOD S. GILLIAM, JR.
   United States District Judge

---

[1] This Order was revised to include the original case caption.

2