Diane Aqui, SBN 217087
daqui@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
418 B Street, Fourth Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Plaintiffs/Counter-Defendants

Barry M. Heller (admitted pro hac vice)
barry.heller@us.dlapiper.com
John J. Dwyer (admitted pro hac vice)
john.dwyer@us.dlapiper.com
DLA PIPER LLP (US)
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA 20190
Telephone: (703) 773-4000
Facsimile: (703) 773-5060

Attorneys for Defendants and Counter-Claimant

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY & SONS, INC.; AH&G CORPORATION, INC.; DG AUTO BODY & PAINT, INC.; JYLA CORPORATION; B.O.N.D. INTERNATIONAL LLC; P&J DUENAS, INC., <br><br> Plaintiff/Cross-Defendant, <br> v. <br><br> MAACO FRANCHISOR SPV LLC and DOES 1-50, inclusive <br><br> Defendants/Cross-Complainants. | CASE NO.: 4:19-CV-05647- HSG <br><br> JOINT STIPULATION & ORDER FOR DISMISSAL <br><br> Judge: Honorable Haywood S. Gilliam, Jr. <br><br> Complaint Filed: September 9, 2019 <br> Trial Date: October 25, 2021 |

AND RELATED CROSS-ACTION
_____/

It is hereby stipulated and agreed that the above-entitled action filed by Plaintiffs JEFFERY & SONS, INC.; AH&G CORPORATION, INC.; DG AUTO BODY & PAINT, INC.; JYLA CORPORATION; B.O.N.D. INTERNATIONAL LLC; P&J DUENAS, INC against MAACO FRANCHISOR SPV LLC and Counter-Claimant MAACO FRANCHISOR SPV LLC against

Counter-Defendants JEFFERY & SONS, INC.; AH&G, CORPORATION, INC.; DG AUTO BODY & PAINT, INC.; JYLA CORPORATION; B.O.N.D. INTERNATIONAL LLC; P&J DUENAS, INC.; SCOTT W. JEFFERY; KIRK M. JEFFERY; ELIAS GARCIA; MARIA G. MARAVILLA; DAVID GUTIERREZ; AHMAD ELSAYED; NEIL MICHELL; JACQUELINE MICHELL; JACQUELINE DUENAS; and PETER DUENAS. (together, the "Parties") be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties are to bear their respective costs including attorneys' fees and/or other expenses arising out of this litigation.

    The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Joint Stipulation for Dismissal with them, and have the authority to bind their respective clients.  Respectfully submitted

Dated:  May 25, 2021

SMITH DOLLAR PC

By   /s/ Diane Aqui
Diane Aqui
Attorney for Plaintiffs/Counter-Defendants

Dated: May 25, 2021

DLA PIPER LLP (US)

By   /s/ John Dwyer
BARRY M. HELLER
JOHN DWYER
Attorneys for Defendants and Counter-Claimant



- 2 -
JOINT STIPULATION & ORDER FOR DISMISSAL

# ORDER

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to all parties and claims for relief pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: 5/26/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

